#07-11598
Crescent City
Estates, LLC

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE "CHASE" LOGO FADING IN THE BACKGROUND

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 19th Floor, New York, NY 10004

VOID AFTER 90 DAYS    102
1-2/210
8380

| Case | Debtor |
|---|---|
| 07-11598-B | CRESCENT CITY ESTATES, LLC |
| 3121820903466 | |
| UNCLAIMED FUNDS | Due Debtor's |

TID #380020
DAVID V. ADLER
P.O. BOX 55129
METAIRIE LA 70055

Date  07/25/2008    $ *******4,215.35

---Four Thousand Two Hundred Fifteen Dollars and 35/100

Pay to the
Order of    CLERK, US BANKRUPTCY COURT
500 POYDRAS ST., ROOM B-601
NEW ORLEANS LA 70130-3386

*David V. Adler*
DAVID V. ADLER

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑆000001O2⑆ ⑈O21OOOO21⑈ 3121820934LL⑆

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 224321    - JN
* * C O P Y * *
July 28, 2008
14:14:38

TREASURY REGFUND
07-11598
Debtor.: CRESCENT CITY ESTATES LLC
Trustee: David Adler
Amount.:              $4,215.35 CH
Check#.: 102

Total-> $4,215.35

FROM: ADLER

7/28/08

# 4215 35

Deposited to
Treasury 6047BK
due: Debtor